OPINION — AG — ** SCHOOL DISTRICT — TEACHER — SALARY ** A LOCAL SCHOOL DISTRICT CANNOT PAY TEACHER'S ANNUAL SALARIES ON THE BASIS OF A FOUR WEEK PAY PERIOD, WHICH WOULD CONSTITUTE A THIRTEEN-INSTALLMENT PAY PLAN. (TEACHERS SALARIES, PAY PLAN, POWERS AND DUTIES, CALENDAR MONTHS SCHOOL BOARD, CONTRACTS) CITE: 70 O.S. 5-106 [70-5-106] 70 O.S. 5-117 [70-5-117], 70 O.S. 6-106 [70-6-106] 70 O.S. 1-110 [70-1-110] (KAY HARLEY JACOBS)